IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BARRY O'CONNOR,

    Petitioner,

vs.                                                                 4:06-CV-361-SPM

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS, DAVID WING, and the
DEPARTMENT OF HOMELAND SECURITY,

    Respondents.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 19) dated October 24, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed to date.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 19) is

adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (doc. 1) is hereby *denied*.

**DONE AND ORDERED** this twenty-first day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge